# United States District Court

WESTERN DISTRICT OF WASHINGTON

DEBRA D TODD,
                Plaintiff,

                JUDGMENT IN A CIVIL CASE

    v.

JO ANNE B BARNHART,
                Defendant.        CASE NUMBER:  C04-5605JKA

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

√ **Decision by Court**. This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

COURT **AFFIRMS** THE SOCIAL SECURITY ADMINISTRATION'S FINAL DECISION.

May 25, 2005                                     BRUCE RIFKIN
Date                                                 District Court Executive

                                                          s/Kelly A Miller
                                                          By Kelly A Miller, Deputy Clerk